UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DANIEL W. MELFORD, SR.**  **CIVIL ACTION NO: 05-1405-JVP-DLD**

**VERSUS**

**PETER TERRITO, ET AL**

### REPORT AND RECOMMENDATION

This matter is before the Court on referral from the District Judge for a report and recommendation on plaintiff's, Daniel W. Melford, Sr., and defendant's, Murphy Exploration and Production Company, joint motion and order of dismissal with prejudice (rec. doc. 169). The joint motion for dismissal has been pending since February 8, 2007, and was not ruled on by the panel for multi-district litigation. The Court has contacted counsel for both plaintiff and defendant and has been informed by counsel that there is no objection to the motion. Accordingly, it is the recommendation of the Court that the motion should be granted. The Court has also been informed by defendant's counsel that defendant intends to dismiss its cross-claim against Peter Territo (rec. doc. 38) and will file a motion to that effect in the near future.

### Recommendation

**IT IS THE RECOMMENDATION** of the Magistrate Judge that the joint motion and order of dismissal with prejudice (rec. doc. 169) should be GRANTED.

Signed in Baton Rouge, Louisiana, on August 28, 2007.

**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL W. MELFORD, SR.  CIVIL ACTION NO: 05-1405-JVP-

VERSUS

PETER TERRITO, ET AL

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on August 28, 2007.

_____
MAGISTRATE JUDGE DOCIA L. DALBY