UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 AUG 31  P 2 39

CLERK

DANIEL W. MELFORD, SR.

VERSUS

PETER TERRITO, ET AL

CIVIL ACTION

NO. 05-1405-A

## RULING ON
## JOINT MOTION FOR DISMISSAL

The court after carefully considering the motion, the record, the law applicable to this action, and the Report and Recommendation(doc. 198) of Magistrate Judge Docia L. Dalby dated August 28, 2007, to which counsel has informed the court that there is no objection, hereby approves the report and recommendation and adopts it as the court's opinion herein.

Accordingly, the joint motion to dismiss without prejudice filed by Daniel W. Melford, Sr., Shell Oil Company and Gulf Oil Corporation (167) is hereby GRANTED. All claims of plaintiff, Daniel W. Melford, Sr., against Shell Oil Company and Gulf Oil Corporation are hereby dismissed without prejudice, each party to bear its own costs, reserving to plaintiff all rights to prosecute claims and/or actions against any parties and/or persons and/or entities not otherwise dismissed herein.

Baton Rouge, Louisiana, August 31, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA