UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 AUG 31  P 2 39

BY DEPUTY CLERK

DANIEL W. MELFORD, SR.

VERSUS

PETER TERRITO, ET AL

CIVIL ACTION

NO. 05-1405-A

## RULING ON
## JOINT MOTION FOR DISMISSAL

The court after carefully considering the motion, the record, the law applicable to this action, and the Report and Recommendation (doc. 199) of Magistrate Judge Docia L. Dalby dated August 28, 2007, to which counsel has informed the court that there is no objection, hereby approves the report and recommendation and adopts it as the court's opinion herein.

Accordingly, the joint motion to dismiss with prejudice filed by Daniel W. Melford, Sr., Murphy Exploration and Production Company (doc. 169) is hereby GRANTED. All claims of plaintiff, Daniel W. Melford, Sr., against Murphy Exploration and Production Company are hereby dismissed with prejudice, each party to bear its own costs, reserving to plaintiff his rights against all other defendants, solidary obligors, and other persons and/or entities named or not named herein.

Baton Rouge, Louisiana, August 31, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA